**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF DELAWARE**

Case number *(if known)* _____ Chapter 15

☐ Check if this an amended filing

## Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding          **12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Junho Bang |

**2.** **Debtor's unique identifier**

    **For non-individual debtors:**

    ☐ Federal Employer Identification Number ____

    ☐ Other ____. Describe identifier ____.

    **For individual debtors**

    ☐ Social Security Number: ____

    ☐ Individual Taxpayer Identification Number (ITIN): ____

    ☑ Other **940626-1188229** . Describe identifier **Debtor's Korean Resident Registration Number** .

**3.** **Name of foreign representative(s)**

    **Soogeun Oh, in his capacity as Receiver**

**4.** **Foreign proceeding in which appointment of the foreign representative(s) occurred**

    **Seoul Bankruptcy Court 2025HOEDAN142 Rehabilitation**

**5.** **Nature of the foreign proceeding**

    *Check one:*

    ☐ Foreign main proceeding

    ☐ Foreign nonmain proceeding

    ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6.** **Evidence of the foreign proceeding**

    ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

    ☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

    ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

    _____

**7.** **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

    ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).

    ☑ Yes

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Republic of Korea

**Debtor's registered office:**

P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

Country

**Individual debtor's habitual residence:**

Mokpo Prison
#1-1400, Muan 1-ro
Mokpo-si, Jeollanam-do
P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

Republic of Korea
Country

**Address of foreign representative(s):**

92 Hyoryeong-ro 34-gil,
Apt #101-302, Seocho-gu
Seoul
P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

Republic of Korea
Country

---

**10. Debtor's website** (URL)

None

---

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

    ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☑ Individual

---

| 12. | Why is the venue proper in *this district*? | Check one: |
|---|---|---|

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.

————

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

————

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct,

**X** *Soogeun Oh*
Signature of foreign representative

Soogeun Oh, in his capacity as Receiver
Printed name

Executed on   12/31/2025
             MM / DD / YYYY

**X** *Soogeun Oh*
Signature of foreign representative

*Soogeun Oh*
Printed name

Executed on   *12 / 31 / 2025*
             MM / DD / YYYY

**14. Signature of attorney**

**X** */s/ Steven W. Golden*
Signature of Attorney for foreign representative

Date   12/31/2025
       MM / DD / YYYY

**Steven W. Golden**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

**3N02-778-6406**
Contact phone

**sgolden@pszjlaw.com**
Email address

**6807 DE**
Bar number and State