# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JUNHO BANG,<br><br>  Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12298 (KBO) |

## VERIFIED LIST PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(4) AND 1008

Professor Soogeun Oh, in his capacity as receiver (in such capacity, the "Receiver") and authorized foreign representative (in such capacity, the "Foreign Representative") of Mr. Junho Bang (the "Debtor"), who is the subject of a proceeding (Case Number: Seoul Bankruptcy Court 2025Hoedan142 Rehabilitation) (the "Korean Rehabilitation Proceeding") under the *Debtor Rehabilitation and Bankruptcy Act* (the "DRBA") currently pending before the Republic of Korea's Seoul Bankruptcy Court, 101st Single Bench (the "Korean Court"), by and through its undersigned counsel, respectfully submits these lists pursuant to Rules 1007(a)(4) and 1008 and states as follows:

1. Names and addresses of all persons or bodies authorized to administer foreign proceedings of the Debtor:

> Professor Soogeun Oh
> 92 Hyoryeong-ro 34-gil
> Apt. #101-302, Seocho-gu
> Republic of Korea

2. All parties to litigation pending in the United States in which a Debtor is a party at the time of the filing of the petition:

None.[1]

3. All entities against whom provisional relief is being sought under section 1519 of title 11 of the United States Code:

Not applicable.

| | |
|---|---|
| Dated: December 31, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Steven W. Golden*
Steven W. Golden (DE Bar No. 6807)
Brooke E. Wilson (*pro hac vice* pending)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
sgolden@pszjlaw.com
bwilson@pszjlaw.com

*Attorneys for Foreign Representative*

-and-

**ADVANCED LEGAL P.C.**
Woong Kyu Sung (*pro hac vice* pending)
143 E. Ridgewood Avenue, Suite 1540
Ridgewood, NJ 07450-3815
attorney@advancedlegal.io

*U.S. Counsel to Receiver*

---

[1] In an abundance of caution, the Foreign Representative states that, as set forth in my declaration filed contemporaneously herewith, the Debtor is a creditor in the FTX Cases, whose claims have been subject to motion practice in such cases.

## VERIFICATION

I, Professor Soogeun Oh, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America as follows:

I am the receiver and authorized foreign representative of Mr. Junho Bang, who is the subject of a proceeding (Case Number: Seoul Bankruptcy Court 2025Hoedan142 Rehabilitation) under the *Debtor Rehabilitation and Bankruptcy Act* currently pending before the Republic of Korea's Seoul Bankruptcy Court, 101st Single Bench. As such, I have full authority to verify the foregoing Verified Petition on behalf of the Foreign Representative.

I have read the foregoing Verified List and I am informed and believe that the factual statements made within are true and accurate to the best of my knowledge, information, and belief.

Dated: December 31, 2025
Seoul, Republic of Korea

By: Soogeun Oh