**EXHIBIT A**

# CURRICULUM VITAE

(Mr.) Soogeun Oh

Professor Emeritus, Ewha Womans University Law School
Major Fields: Insolvency Law, Company Law, Commercial Law
Languages: Korean (mother tongue), English (fluent), Japanese (reading)
Nationality: Republic of Korea
E-mail Address: soh@ewha.ac.kr
                 ohsoogeun@naver.com

**Education**

| | | |
|---|---|---|
| Seoul National University | Mar. 1975 – Feb. 1979 | Bachelor of Law |
| Seoul National University | Mar. 1979 – Feb. 1981 | Master of Law |
| Seoul National University | Sep. 1981 – Mar. 1984 | M.B.A. |
| University of Michigan Law School | Aug. 1984 – May. 1985 | M.C.L. |
| Soongsil University | Mar. 1987 – Feb. 1994 | Doctor of Law |

**Academic Job Experience**

| | | |
|---|---|---|
| Seoul National University | Sep. 1979 – Feb. 1981 | Teaching Assistant |
| Korea Military Academy | Jul. 1981 – Jun. 1984 | Instructor of Law |
| Seoul National University | Mar. 1986 – Aug 1988 | Lecturer of Law |
| Inha University | Mar. 1988 – Feb. 2000 | Professor of Law |
| Ewha Womans University | Mar. 2000 – Aug, 2021 | Professor of Law |
| Ewha Womans University | Aug. 2010 – May. 2012 | Vice President for Planning and Coordination |
| Ewha Womans University | Aug. 2010 – Jul. 2016 | Chief Audit Officer |
| Ewha Womans University | Aug. 2014 – Jul. 2016 | Law School Dean |
| Chinese University of Political Science and Law | Sept. 2019 – present | Adjunct Professor for International Courses |
| Ewha Womans University | Sept. 2021 – present | Professor Emeritus |

**Scholarship and Awards**

| | | |
|---|---|---|
| Student Scholarship | 1975-1981 | Seoul National University |
| W.W.Cook Scholarship | 1984-1985 | University of Michigan Law School |
| Faculty Research Award | 1991, 1996 | Canadian Government |
| Fulbright Faculty Award | 1991 | Korean-American Educational Committee. |
| Best Teacher Award | 2001 | Ewha Womans University |
| Research Trip Award | 2002 | DAAD (Germany) |
| Best Teacher Award | 2003 | Ewha Womans University |
| Best Article Award | 2006 | Korea Commercial Law Association |
| Best Teacher Award | 2011, 2016 | Ewha Womans University Law School |
| Order of Merit for Redness | 2020 | Government of Korea |

**Other Activities**

| | | |
|---|---|---|
| Korea Commercial Law Association | Editor-in-Chief | 1996 - 2000 |
| Special Committee for the Revision of the Law on Corporate Reorganization, Ministry of Justice | Member | 1998 - 2001 |
| Insolvency Law Study Group | Chairperson | 1998 - 2004 |
| Committee for the Examination and Deliberation of Securities & Futures, Financial Supervisory Committee | Member | 2001 - 2004 |
| Working Committee for the Enactment of Consolidated Insolvency Law, Ministry of Justice | Chairperson | 2001 - 2005 |
| Advisory Committee, KOSDAQ Listed Companies Association | Member | 2001 - 2013 |
| United Nations Conventions on the International Trade Law (UNCITRAL), Working Group III, V | Advisor of Korea | 2001 - 2010 |
| UNCITRAL, Working Group V, 29th Session | Vice Chairperson | 2003 - 2004 |
| Advisory Committee on Derivatives, Korea Securities Depository | Member | 2003 - 2007 |
| Seoul Central District Court | Mediator | 2004 - 2011 |
| Korea Research Institute | Board Member | 2004 - 2017 |
| Deliberation Committee, Credit Counseling and Recovery Service | Member | 2005 - 2008 |
| DAELIM Industrial Company Corp. | Outside Director | 2005 - 2015 |
| Advisory Committee on Payment and Settlement System, Bank of Korea | Member | 2006 – 2023 |
| Advisory Committee, Ministry of Justice | Member | 2007 - 2016 |
| Korea Fair Trade Mediation Agency | Board Member Mediator | 2008 - 2010 |
| Committee for the Amendments to Insolvency Law, Ministry of Justice | Chairperson | 2008 - 2010, 2013 2015 - 2016 |
| UNCITRAL, Commission, 42nd Session | Chairperson | 2009 - 2010 |
| East Asian Association of Insolvency and Restructuring | Co-Chairperson | 2009 - 2018 |
| Korea Consumer Agency | Board Member | 2010 - 2013 |
| E-Commerce Mediation Committee | Mediator | 2010 - 2017 |
| UNCITRAL, Working III (Online Dispute Resolution) | Chairperson | 2010 - 2014 |
| Committee for Rehabilitation and Bankruptcy, Supreme Court of Korea | Chairperson | 2013 - 2025 |
| Korean Association of Law Schools | President | 2015 - 2016 |
| Recruiting Committee for Supreme Court Justice | Member | 2015 - 2016 |
| Recruiting Committee for Attorney General | Member | 2015 - 2016 |
| TONGYANG Inc. | Outside Director | 2016 - 2017 |
| Judicial Examination Administration Committee | Vice Chairperson | 2016 - 2017 |
| Bar Examination Administration Committee | Member | 2016 - 2020 |
| Institute for Legal Education Eligibility Test | Director | 2016 - 2019 |
| *KLRI Journal of Law and Legislation* | Editor-in-Chief | 2018 - present |
| Financial Creditors' Arbitration Committee | Member | 2018 - 2020 |
| Deliberation Committee for Dispatching Public Prosecutors, Ministry of Justice | Member | 2019 - 2020 |
| IMF-STI Workshop on Insolvency Law | Moderator | 2019, 2022, 2023, 2024 |
| Court-appointed Receiver, Seoul Bankruptcy Court | Receiver | 2025 - present |

2

**Publication** [Publications are written in Korean unless otherwise indicate

### (Theses & Dissertation)

*A Study on the Influence of Employee Stock Ownership on the Theory of Corporation Law* (Seoul National University, 1981)

*The Antitrust Law of Korea: Four Years of Experience and Prospects* (The University of Michigan Law School, 1985) - *in English* -

*An Analysis of the Structure of Accounting Norm (*Seoul National University, 1988)

*A Study on Legal Service Insurance* (Soongsil University, 1994)

### (Articles)

"A Study on Purchasing Contracts with Government Loan," *Journal of Korea Military Academy*, vol. 23 (Korea Military Academy, 1983)

"An Introductory Study on the Accounting Clauses of the Commercial Code," *Journal of Social Science*, vol. 8 (Inha Univ., 1989)

"A Study on the Concept of International Trade Law," *Journal of Social Science,* vol. 8 (Inha Univ., 1989)

"Regulation on Insider Trading in Japan," *Securities*, vol. 8 (Korean Association of Stock Brokers, 1989)

"A Study on the Conflict of Laws between East and West Germany," *Essays in Honor of Professor Bae Kyung Sook* (Bakyoungsa, 1991)

"Accounting Standards and Accounting Clauses of the Commercial Code," *Essays in Honor of Professor Chung Hi Cho*l (Bakyoungsa, 1991)

"An Analysis of U.S. Cases on the KAL 007 Incident of 1983," *Essays in Honor of Professor Lee Tai Ro* (Josetongramsa, 1992)

"Legal Approaches to Diminish Ownership Concentration in Chaebols," *Journal of Social Science,* vol. 11 (Inha Univ., 1993)

"Legal Service Insurance of U.S." Journal of Law and Society, vol. 8 (1993)

"An Historical Analysis on the Carries' Liability Limitation," *The Korean Journal of Air Law*, vol. 5 (Korea Association of Air Law, 1993)

"Prepaid Legal Service Plans in Canada," *Commercial Law Review*, vol. 12 (Korea Commercial Law Association, 1993) - *in English* –

"Adoption and its Pattern of Legal Service Insurance" Journal of Law and Society, vol. 10 (1994)

"Theories on Bankruptcy Law in the United State," *Essays in Honor of Professor Yang Seung Kyu* (Samjiwon, 1994)

"A Historical Study on Corporate Reorganization," *The Journal of Civil Cases*, vol. 16 (Bakyoungsa, 1994)

"A Critique on the Draft of Air Transportation Contract Act of Korea," *Essays in honor of Professor Kim Doo Whan* (Bubmunsa, 1994)

"Legal Negotiation," *American Studies* (SNU American Studies Institute, 1994)

"Receivership in a Corporation under the Reorganization Process," *The Journal of Civil Cases*, vol. 17 (Bakyoungsa, 1995)

"A Study on the Nature of Bankruptcy Legislation," *Sungkok Journal*, vol. 26 (Sungkok Academic and Cultural Foundation, 1995)

"A New Trend in the Regulation of International Air Transportation," *The Korean Journal of Air and Space Law,* vol. 8 (Korean Association of Air and Space Law, 1996)

"Corporate Accounting and Corporate Law," *Commercial Law Review* vol. 15, no 2 (Korea Commercial Law Association, 1996) -translation-

"Legal Issues on Airway Bill," *The Journal of Civil Cases,* vol. 19 (Bakyoungsa, 1997)

"An Empirical Study on Corporate Reorganization Cases," *Commercial Law Review* vol. 16, no. 2 (Korea Commercial Law Association, 1997)

"The Collapse of Warsaw Liability Limitation," *The Korean Journal of Air and Space Law*, vol. 9 (Korean Association of Air and Space Law, 1997)

"Implementation of Legal Expense Insurance," *Inchon Lawyers Association Journal*, vol. 4 (Inchon Bar Association, 1998)

"Conflicts of Law Issues between South and North Korea," *Journal of Private International Law,* vol. 3 (Korean Association of Private International Law, 1998)

"Amendments to Corporation Reorganization Act," *Human Rights & Justice*, vol. 261 (Korean Bar Association, 1998)

"Protection of Minority Shareholders' Rights and Enhancement of Management," *SangJangHyup*, vol. 37 (Korea Listed Companies Association, 1998)

"Analysis of Court Precedents on Defects of Resolutions in Shareholders' General Meeting," *Private Law Journal*, vol. 4 (Chung Houn Legal Research Foundation, 1999. 1)

"Negotiation on Air Carriers' Liability Limitation," *The Korean Journal of Air and Space Law*, vol. 11 (Korean Association of Air and Space Law, 1999. 2)

"A Conceptual Understanding on Bankruptcy Proceedings," *Commercial Law Review,* vol. 17, no. 3 (Korea Commercial Law Association, 1999. 2)

"Cumulative Voting," *Human Rights & Justice*, vol. 271 (Korea Bar Association, 1999. 2)

"A Study on Payment Schedules of Corporate Reorganization Plans," *Commercial Law Review,* vol. 18, no. 2 (Korea Commercial Law Association, 1999. 10)

"An Analysis on OECD Report concerning Corporate Governance Principle," *Journal of Comparative Private Law*, vol. 6, no. 2 (Comparative Private Law Association, 1999, 12)

"The Concept of 'Equal, Fair and Equitable' in the Corporate Reorganization Act," *The Journal of Civil Cases*, vol. 22 (Bakyoungsa, 1999. 12)

"The Meaning of Composition in the Light of U.S. Bankruptcy Act," *Cases and Practice Review*, vol. 3 (Cases and Practice Academy, 1999. 12)

"Warsaw Convention and Damage Compensation," *Journal of International Trade Law*, vol. 8 (Korea Association of International Trade law, 1999. 12)

"Legal Regulation on Accounting - A systemic Approach," *Commercial Law Review,* vol. 18, no. 3 (Korea Commercial Law Association, 2000. 2)

"Legal and Economical Foundation of Insolvency Law," *Commercial Cases Review*, vol. 11 (Korea Commercial Cases Association, 2000)

"A Critique on Consolidation of Insolvency Laws," *Ewha Law Journal*, vol. 5, no. 1 (Ewha Womans Univ., Ewha Legal Science Institute, 2000.12)

"Legitimacy of Reorganization Plan - A Question on Best Interest of Creditors Principle," *The Journal of Civil Cases*, vol. 23 (2000. 12)

"Corporate Reorganization and Rule of Law," *Journal of Public Law*, vol. 29, no. 2 (Korean Association of Public Law, 2001.2)

"A Critique on the Corporate Restructuring Promotion Act," *Ewha Law Journal*, vol. 6, no. 1 (Ewha Womans Univ., Ewha Legal Science Institute, 2001. 6)

"A Comparative Analysis of Insolvency Laws in East Asian Countries," *Commercial Law Review,* vol. 20, no. 2 (Korea Commercial Law Association, 2001. 8)

"An Empirical Study on the Selection of Corporation Types," *Commercial Law Review,* vol. 21, no. 1 (Korea Commercial Law Association, 2002. 5)

"How and What to Teach in the Area of Commercial Law," *Yonsei Law Review*, vol. 12, no. 2 (Institute of Legal Studies Yonsei University, 2002. 6)

"Legal Nature of Auditing," *Commercial Cases Review*, vol. 13 (Korea Commercial Cases Association, 2002. 12)

"A Critical Interpretation on the Article 401 of the Commercial Code," *Private Law Journal*, vol. 7 (Chung Houn Legal Research Foundation, 2002. 12)

"An Essay on Consolidated Insolvency Law," *Essays in Honor of Professor Song Sang Hyun* (2002.1)

"Commencement of Corporate Reorganization and Determination of Secured Amounts of Claims with *Geun*-Mortgage," *Cases and Practice Review*, vol. 6 (Bakyoungsa, 2003. 8)

"Lege Ferenda on Closeout Netting of Qualified financial Transactions," *Ewha Law Journal*, vol. 8, no. 2 (Ewha Womans Univ., Ewha Legal Science Institute, 2004. 2) (with Na Young Kim)

"A Study on a Prepackaged Plan," *Commercial Law Review,* vol. 23, no. 1 (Korea Commercial Law Association, 2004. 5)

"Constitutionality of Provisions regarding Persons with Special Relations," *Odor of Sanctity in Research of Commercial Law - Essays in Honor of Professor Chung Hi Chul*, (2004. 10)

"A Study on Court Decisions regarding an Apparent Representation Director," *Private Law Journal*, vol. 9 (Chung Houn Legal Research Foundation, 2004. 12)

"Legislative Report on the Consolidated Insolvency Law," *BFL* vol. 9 (Center for Financial Law, Seoul National University, 2005.1)

"Major Issues on Debtor Rehabilitation and Bankruptcy Act," *Bobjo,* vol. 584 (Ministry of Justice, 2005.5)

"An Empirical Study on the Implementation of Reorganization Plan," *Business Law Review,* vol. 19, no.4 (Korean Business Law Association, 2005. 12)

"A Study on Workout (Corporate Restructuring)," *Commercial Law Review,* vol. 24, no. 4 (Korea Commercial Law Association, 2006. 2)

"Lege Ferenda of Accounting Norm," *KLCA Research*, vol. 53 (Korea Listed Companies Association, Spring, 2006)

"Personal Bankruptcy in Korea: challenges and Responses" *Theoretical Inquiries in Law*, vol. 7, no. 2 (2006. 7)

"Comparative Analysis of Grading among Major Courses" *Korean Journal of Legal Education*, vol. 1 (2006. 10)

"Analysis on Frequency and Ratio of Grades" *Korean Journal of Legal Education*, vol. 1 (2006. 10) (with Kyung Hee Jeon)

"Problem Based Learning in Legal Education – an Observation through Pilot Classes" *Seoul Law Journal* (Law Research Institute, SNU) vol. 47, no. 4 (2006, 12)

"Principle on Assurance of Liquidation Value" *The Journal of Civil Cases*, vol. 26 (2007. 3)

"Insolvency Proceeding and Payment System – An Interpretation of Article 120 of DRBA," *Securities Deposit,* vol. 62 (Korea Securities Deposit, Summer, 2007)

"Shareholders' Rights in Reorganization Plan," *Commercial Cases Review*, vol. 20, no.3 (2007. 9)

"An Overview of the New Korean Insolvency Law" *Norton Journal of Bankruptcy Law and Practice,* vol. 16, no. 5 (2007. 10) - *in English* -

5

"An Outline on New Insolvency Law of Korea," *Journal of the Japanese Institute of International Business Law*, vol. 36, no.6 (2008. 6) - in Japanese -

"Priority in Insolvency Proceedings," *Journal of Korean Law*, vol. 7, no. 2(Seoul National University, 2008. 6) (Co-authored with Heejong Song) – in English –

"Corporate Rehabilitation Proceeding under DRBL: An Observation and a Few Suggestions" *JURIS,* vol. 4(Judicial Development Foundation, 2008. 6)

"Prospects on the Amendments to DRBL" *BFL,* vol. 34(Center for Financial Law, SNU, 2009. 3)

"Coordination of Cross-border Insolvency Proceedings" *International Trade Law,* vol. 88(Ministry of Justice, 2009. 8) (co-work with Heejong Song)

"Legitimacy of Ipso Facto Clause" *Cases and Practice Review*, vol. 9 (Bakyoungsa, 2010.1)

"Avoidance of Transaction involving Person in Special Interests" *The Journal of Civil Cases*, vol. 32 (2010. 2)

"A Study on Rescheduling of over-indebtedness" *Ewha Law Journal*, vol. 15, no. 1 (Ewha Womans Univ., Ewha Legal Science Institute, 2010. 9)

"Termination of Rehabilitation Proceedings and Avoidance" *Commercial Law Review,* vol. 30, no. 1 (Korea Commercial Law Association, 2011. 5)

"A Law and Economics Approach to Insolvency Law" *Law and Economics Review*, vol. 8, no.1 (Korea Law and Economics Association, 2011. 6)

"A Legal Analysis of Criterion on Consolidated Entities under the K-IFRS" *Commercial Law Review,* vol. 30, no. 3 (Korea Commercial Law Association, 2011. 11)

"Payment through the Third Party's Collateral and Determination of Liability of a Joint Surety-A Critique against Supreme Court Decision on 2010Da82130 Case" *Korean Journal of Insolvency Law,* vol. 4, no. 1 (Insolvency Law Institute of Korea, 2013. 5)

"Legal Issues on M&A in Rehabilitation Proceedings – Woongjin Holdings Case" *Commercial Law Review,* vol. 32, no. 2 (Korea Commercial Law Association, 2013. 8)

"The scope of application of Corporate Restructuring Promotion Act" *Korean Journal of Insolvency Law,* vol. 5, no. 1 (Insolvency Law Institute of Korea, 2014. 5)

"Legal issues on a single stock corporation" *Commercial Law Review,* vol. 33, no. 2 (Korea Commercial Law Association, 2014. 8) (co-authored with KIM, Da Hae)

"Auditors do not perform accounting audit – A reflection on the normativity of accounting clauses in the commercial code" *Commercial Law Review,* vol. 33, no.3 (Korea Commercial Law Association, 2014. 11)

"An empirical study on rehabilitation proceeding (2006-2012)," *Commercial Law Review,* vol. 34, no. 1 (Korea Commercial Law Association, 2015. 5)

"A reflection on practical training in legal education in South Korea," *Asian Journal of Law and Society*, Volume 3, Issue 2(Cambridge University Press and KoGuan Law School, Shanghai Jiao Tong University, 2016. 7) - English -

"Borrowing pattern of over-indebted debtors and fraud," *Korean Journal of Insolvency Law,* vol. 6, no. 3 (Insolvency Law Institute of Korea, 2016. 10)

"An empirical study on the practice of the corporate Restructuring Promotion Act (2007-2013)" Korean Journal of Economic Law, vol. 16, no. 1 (2017. 4)

"Right to alter legal relationship in the insolvency proceedings" *Choognam University Law Review*, vol. 28, no. 4, (2017. 11)

"Corporate Insolvency of Listed Companies in Korea and Japan: Its Implication" *Chinese Financial and Legal Studies*, 2019(4), Vol. 104 (co-authored, in Chinese)

"Personal Bankruptcy in Korea – the current situation and issues" *The Journal of Chinese University of*

*Political Science and Law*, 2020, 2.. – in Chinese – (Translated by Chen Jingshan)

"The Nature of Corporate Reorganization Promotion Act" *Korean Journal of Insolvency Law,* vol. 11, no. 2 (Insolvency Law Institute of Korea, 2021. 12)

"A Comparative Analysis on Cross-border Insolvency legislation of Japan, Korea, China and UNCITRAL Model Law" *KLRI Journal of Law and Legislation*, Vol. 13, No. 2 (Korea Legislation Research Institute, 2023. 11) (co-authored)

"An Empirical Study on Effects fo Debt Discharge", *Korean Journal of Insolvency Law,* vol. 14, no. 1 (Insolvency Law Institute of Korea, 2024. 6)

**(Translation)**

"Corporate Accounting and Company Law," *Commercial Law Review,* vol. 15, no. 2 (Korea Commercial Law Association, 1996. 2)

"Historical Development of Bankruptcy Discharge," *Odor of Sanctity in Research of Commercial Law* (Essays in honor of Professor Chung Hee Chul, 2004. 10) (co-work with Kyung Hee Lee)

Insolvency Laws of Japan I (2021)

Insolvency Laws of Japan II (2023)

**(Book Review)**

"A Socio-legal Anatomy of Insolvency Rulemaking in a Global Context," *Norton Annual Review of International Insolvency*, 2010.

**(Seminar Presentations and Lectures)**

"Insolvency Law – Core Principles and Application," Lectures for Delegates from Mongolia in Seoul (World Bank, Spring, 2000) – *in English* -

"Government Intervention in Corporate Reorganization: Corporate Restructuring Promotion Act," Recent Developments in Corporate Insolvency (The University of Hong Kong, April 18-19, 2002) - *in English* -

"Insolvency Laws of Korea – 40 Years Experience and Perspectives," Lectures for Vietnamese delegate (Kim & Chang, April 22, 2002) - *in English* -

"Rule of Law in Market: Recent Development in Korea," Mansfield Dialogue on Rule of Law, Taiwan Retreat (May 23-25, 2002) - *in English* -

"Case Studies on Restructuring of Ailing Firms in Korea," *Principles and Tasks of Korea-China Economic Cooperation*, Seminar Proceedings in Commemoration of 10th Anniversary of Korea-China Diplomatic Relation (July 4-5, 2002)

"Insolvency Law Reform of Korea: a Continuing Learning Process," Forum for Asian Insolvency Reform II (OECD, December 16-17, 2002) - *in English* -

"Drafting of New Insolvency Law of Korea," Forum for Insolvency Risk Management (World Bank, January 28-29, 2003) - *in English* -

"Setting Insolvency Rules: a Course of Understanding and Persuasion," Forum for Asian Insolvency Reform III (OECD, Nov. 10-11, 2003) - *in English* -

"Asian Insolvency Law Reform in the Past Decade," Forum for Asian Insolvency Reform V (OECD, April 26-27, 2006) - *in English* –

"Expansion of "Rule of Law" in the Market - Korean Experience after the Economic Crisis in late 1990's" Government Policies and Corporate Strategies under Structural Change and Economic Dynamism, Seminar organized by KDI and DRC (Beijing, 2007. 6. 7) - *in English* –

"Rehabilitating Korea's Corporate Insolvency Regime, 1992-2007," Seminar - Pushing Back at Globalization organized by Monash University, Australia, November 27-28, 2007. - *in English* -

"Legal Interpretation in Korea," International Seminar on Legal Interpretation organized by JOPSO and Office of the National Assembly of Vietnam in Hanoi on February 21 & 22, 2008 . – *in English* –

"An Outline on New Insolvency Law of Korea," Special Lecture at the Tokyo Bar Association in Tokyo, Japan on Feb. 18, 2008 - *in Japanese* –

"Expansion of 'rule of Law' - Korean Experience after the Economic Crisis of 1997" Special lectures at the University of Hanoi and the Royal Academy of Cambodia, January 13 & 14, 2009 - *in English* -

"Responses of Korea to Sub-prime Crisis" Seminar on Restoring Financial Stability - The Legal Response, International Monetary Fund, Washington D.C., Nov. 30 - Dec. 3, 2009 - *in English* - "Site-switching in Insolvency Law Reform" East Asian Law and Society Conference, Hong Kong, February 5-6, 2010 - *in English* -

"Consumer bankruptcy in Korea – focused on anti-abuse mechanism" Annual Symposium of the East Asian Association on Insolvency and Restructuring, Qingdao, China, Sep. 26-27, 2019

"A Comparative Analysis of Cross-border Insolvency Legislation of Japan, Korea, and China with the UNCITRAL Model Law" International Conference of Law, Business and Economics, School of Law and Economics, CUPL, China, July 9, 2023 - *in English* -

"Hypothetical Cases Study on Liability of SME Owners", "Hypothetical Cases Study on Cross-border Insolvency", "Efficient Liquidation Process" IMF Workshop (Singapore, Jul. 22-24, 2024)

"A Different Perspective on Cross-border Insolvency; COMI," CUPL Institute of Comparative Legal Research Series Lecture 11. (Beijing, China, Sept. 19. 2024)

"Out-of-Court Restructuring and CRO in Korea", Invitation Lecture by Corporation Restructuring Promotion Committee of Chinese Machinery Industry Association (Beijing, China, Sept. 23. 2024)

"Critical Reflection on the Reception of COMI in East Asian countries," Takagi Lecture (Tokyo, Japan, Dec. 5, 2025)

**(Book Chapters)**

"Constitution and Government," *Korea - The Land of Morning Calm* (Korean Educational Development Institute, 1997) - in English -

"Corporate Exit and Development of Insolvency Law", in Dae-Kyu Yoon, ed. *Recent Transformations in Korean Law and Society*, (Seoul National University Press, 2000) pp.211-240 - in English -

"Asian Insolvency Regimes from a Comparative Perspective: Problems and Issues for Reform," *Insolvency Systems in Asia – An Efficiency Perspective* (OECD, 2001) (Co-authored with Ilchong Nam)   - in English -

"Country Report of Korea," *Insolvency Systems in Asia – An Efficiency Perspective* (OECD, 2001) (Co-authored with Ilchong Nam & Joon-kyung Kim) - in English -

*"Participantes Recomendaciones 108 a 125," Guía Legislativa de UNCITRAL sobre el Régimen de la Insolvencia* (coordinated by Davis Morán Bovio), (LA LEY, 2007) pp. 111-135. - in Spanish -

"Personal Bankruptcy in Korea" in Johanna Niemi, Iain Ramsay & William C Whitford ed. *Consumer Credit, Debt & Bankruptcy* (Hart Publishing, 2009) - in English -

"Rehabilitating Korea's corporate insolvency regime, 1992-2007" in John Gillespie and Randall Peerenboom ed. *Regulation in Asia - Pushing back on globalization* (Routledge Law in Asia, 2009) (Co-authored with Terrence Haliday) - in English -

"National Report for the Republic of Korea" in *Commencement of Insolvency Proceedings* edited by

Dennis Faber, Niels Vermunt, Jason Kilborn and Tomáš Richter (Oxford University Press, 2012. 3.) (Co-authored with Heejong Song) - in English -

"Corporate Restructuring during Times of Crisis in South Korea," in *Restoring Financial Stability - The Legal Response,* Current Development in Monetary and Financial Law, vol. 6 (International Monetary Fund, 2012) - in English –

"National Report for the Republic of Korea" in *Treatment of Contracts in Insolvency*, edited by Dennis Faber, Niels Vermunt, Jason Kilborn, and Kathleen van der Linde (Oxford University Press, 2013. 10.) (Co-authored with Heejong Song) - in English -

"National Report for the Republic of Korea" in *Ranking and Priority of Creditors*, edited by Dennis Faber, Niels Vermunt, Jason Kilborn, and Tomáš Richter and Ignacio Tirado (Oxford University Press, 2016. 3.) (Co-authored with Kyungjin Kim) - in English –

"Republik Korea" in Kirchhof/Stüner/Eidenmüller(Hrsg.), Münchner Kommentar, InsO, 3. Auflage, Band 4(Verlag C.H.Beck, 2016.5) – in German (translated into German by Wolfgang Zenker) -

**(Books)**

*Conflict of Laws* (Seyoungsa, 1985)

*Comparative Law* (Korea Broadcast and Telecommunication College, 1991) (Co-authored with Daikwon Choi)

*Bankruptcy of Large Firms and Exit Mechanisms in Korea* (Korea Development Institute, 2000) (Co-authored with Ilchong Nam) - in English -

*High School Commercial Laws* (Ministry of Education and Human Resources, 2000. 3) (editor-in-chief)

*Easy Access to Individual Rehabilitation Proceeding,* (Ewha Womans University Press, 2004) (Co-authored with Yongsuk Park, Hyungdoo Kim, Kyungwhan Seo)

*Debtor Rehabilitation and Bankruptcy Act* (Ministry of Justice, 2006)

*Outside Audit* (Dusol, 2007)

*Insolvency Law Reform 1998-2007* (Dusol, 2007)

*Understanding of Insolvency Law* (Ewha Womans University Press, 2008)

*Insolvency Law - Cases and Materials* (HanKookSaBeobHangJungHakHoe, 2012) (Co-authored with Min Han, Sungyong Kim, Youngjin Chung)

*Essence of Commercial Papers* (Kyungsungmunwhasa, 2017)

*Business and Law* (Kyungsungmunwhasa, 2018; Hongmunsa, 2021)

*Law and Practice on the Recognition of Cross-border Insolvency Proceeding* (Korea Legislation Research Institution, 2019)

*Japanese Insolvency Law I* (Bakyoungsa, 2021) (translation of the Civil Rehabilitation Act and Bankruptcy Act of Japan)

*Japanese Insolvency Law II* (Bakyoungsa, 2023) (translation of the Corporation Reorganization Act, Act on Recognition of and Assistance for Foreign Insolvency Proceedings, and a part of the Corporation Act of Japan)

[As of December 25. 2025]