# EXHIBIT B

[별지 제41호 서식]

16F, Opulence Bldg.,254 Seocho-dae
Seocho-Gu, Seoul, 137-070, Korea     법무법인 세창 SECHANG & CO.

Tel. 02-595-7121
Fax. 02-595-9626

Registered No. 2025-57

# NOTARIAL CERTIFICATE

## SECHANG & CO.

16F, Opulence Bldg.,254 Seocho-daero,
Seocho-Gu, Seoul, 137-070, Korea



210㎜×297㎜ (보존용지(1종) 70g/㎡)

SEOUL BANKRUPTCY COURT

DECISION

This is a certified copy.

2025. 5. 2.          [Official Seal]

Court Officer LEE Hye Sung

Case: 2025HOEDAN142 Rehabilitation

**Petitioners (Creditors):**



1. Hyeong Cheol Lim

   Apt. 503, Building 202, 37-48 Jamwon-ro, Seocho-gu, Seoul
   (Shinbanpo 4-cha Apartments, Jamwon-dong)

2. Ji Woong Choi

   Unit 102, 15 Donggwang-ro 30-gil, Seocho-gu, Seoul (Daum 7-cha
   Shinehill, Bangbae-dong)

Petitioners' Counsel:

Law Firm Songwoo, Attorneys Jinman Lee and Ha-young Lee

**Debtor:** Junho Bang

   Apt. 2404, Building 106, 651 Samseong-ro, Gangnam-gu, Seoul.
   (Raemian La Classe, Samseong-dong)

---

## ORDER

1. Rehabilitation proceedings shall be commenced with respect to the
   debtor.

2. Soogeun OH (born August 29, 1956, residing at 28 Geomungol-gil, Jipyeong-myeon, Yangpyeong-gun, Gyeonggi-do) is appointed as the receiver of the debtor.

3. The receiver's term shall continue until the 30th day from the date of the order confirming the rehabilitation plan in this case.

4. The period for submitting the list of rehabilitation creditors and rehabilitation secured creditors shall be from May 2, 2025, to July 1, 2025.

5. The filing period for rehabilitation claims and rehabilitation secured claims shall be from July 2, 2025, to July 22, 2025.

6. The period for investigation of rehabilitation claims and rehabilitation secured claims shall be from July 23, 2025, to August 19, 2025.

7. The deadline for submission of the rehabilitation plan shall be October 14, 2025.

## REASONING

Based on the records of this case, the debtor is currently experiencing excessive liabilities as of the application date and has persistently lacked the ability to repay debts as they fall due, rendering it generally impossible to meet immediate payment obligations. Therefore, grounds exist to commence rehabilitation proceedings under Article 34(1) of the Debtor Rehabilitation and Bankruptcy Act (hereinafter referred to as the "Act"). Furthermore, there is no material evidence indicating the existence of any grounds for dismissal of the

petition for commencement of rehabilitation proceedings under the
subparagraphs of Article 42 of the Act.

Accordingly, the petition is well-founded, and rehabilitation proceedings shall
be commenced against the debtor. Pursuant to Article 50(1), Article 74(1)(i)
and (iii) of the Act, the Court hereby appoints a third party, Soogeun OH, as the
receiver. The deadlines for submission of the list of rehabilitation creditors and
rehabilitation secured creditors, for filing and investigation of rehabilitation
claims and rehabilitation secured claims, and for submission of the
rehabilitation plan are determined in accordance with Article 50(1) of the Act as
set forth in the order.

May 2, 2025, 10:00 AM

Presiding Judge    KIM Beom-jin (Electronically signed)

# 서 울 회 생 법 원

## 결 정

정본입니다.

2025. 5. 2.

법원주사 이혜성

| | |
|---|---|
| 사　　　건 | 2025회단142　회생 |
| 신 청 인 | 1. 임형철 |
| ( 채 권 자 ) | 　서울 서초구 잠원로 37-48, 202동 503호(잠원동, 신반포4차아파트) |
| | 2. 최지웅 |
| | 　서울 서초구 동광로30길 15, 102호(방배동, 다음7차샤인힐) |
| | 신청대리인 법무법인 송우 담당변호사 이진만, 이하영 |
| 채 무 자 | 방준호 |
| | 서울 강남구 삼성로 651, 106동 2404호(삼성동, 래미안라클래시) |

## 주 문

1. 채무자에 대하여 회생절차를 개시한다.
2. 오수근(1956. 8. 29.생, 경기 양평군 지평면 거문골길 28)을 채무자의 관리인으로 선임한다.
3. 관리인의 임기를 이 사건 회생계획안의 인가결정일로부터 30일까지로 한다.
4. 회생채권자, 회생담보권자의 목록 제출기간을 2025. 5. 2.부터 2025. 7. 1.까지로 한다.
5. 회생채권, 회생담보권의 신고기간을 2025. 7. 2.부터 2025. 7. 22.까지로 한다.
6. 회생채권, 회생담보권의 조사기간을 2025. 7. 23.부터 2025. 8. 19.까지로 한다.
7. 회생계획안의 제출기간을 2025. 10. 14.까지로 한다.

## 이 유

이 사건 기록에 의하면, 채무자는 이 사건 신청일 현재 채무초과로서 그 변제능력이 계속적으로 결여되어 즉시 변제하여야 할 채무를 변제함이 일반적으로 불가능한 재정

상태에 있으므로 채무자 회생 및 파산에 관한 법률(이하 '법'이라고 한다) 제34조 제1
항에서 정한 회생절차 개시원인이 있다. 한편 법 제42조 각 호에서 정한 회생절차개시
신청의 기각사유가 있다고 볼 만한 자료도 없다.

그렇다면, 이 사건 신청은 이유 있으므로 채무자에 대하여 회생절차를 개시하고, 관
리인의 선임에 관하여는 법 제50조 제1항, 제74조 제1항 제1호, 제3호에 따라 제3자인
오수근을 관리인으로 선임하기로 하며, 회생채권자·회생담보권자의 목록의 제출기간,
회생채권·회생담보권의 신고기간 및 조사기간, 회생계획안 제출기간에 관하여는 법 제
50조 제1항을 적용하여 주문과 같이 결정한다.

2025. 5. 2. 10:00

판사    김 범 진    전자서명완료

- 2 -

[별지 제45호 서식]

위 번역문은 원문과 상위없음을 서약합니다.

I swear that the attached translation is true to the original.

2025년 5월 2일

May 2, 2025

서약인   이 하 영



_Ha-young Lee_
Signature

---

등부 2025년 제57호

Registered No. 2025-57

인    증

NOTARIAL CERTIFICATE

위 서약인 이하영은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인하였다.

HA-YOUNG LEE personally appeared before me, confirmed that the attached translation is true to the original and subscribed her name.

2025년 5월 2일 이 사무소에서 위 인증한다.

This is hereby attested on this 2nd day of May, 2025 at this office.

공증사무소명칭
공증인가 법무법인 세창
소속
 서울 중앙 지방 검찰청
소재지표시
 서울 서초구 서초대로254, 16
 (서초동, 오퓨런스빌딩)

Name of the office
SECHANG & CO.
Belong to
Seoul Central District Prosecutor's Office
Address of the office
16F, Opulence Bldg.,254 Seocho-daero, Seocho-Gu, Seoul, Korea

공증담당변호사 김현

(Signature of Notary Public)

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public since February, 2020 under Law No. 37.

210㎜×297㎜ (보존용지(1종) 70g/㎡)