## EXHIBIT D-3

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

| Creditor Name | Email Address |
|---|---|
| Lemma Technologies Inc. | info@cldlegal.com |

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM <u>MUST NOT CONTAIN</u> ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

<u>Submission of Claim Data</u>

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;

---

**Claim Number: 96400**

• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

<u>Not Legal Advice</u>

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

<u>Electronic Signatures</u>

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click [Terms of Use](#).

<u>Filing Fraudulent Claims</u>

<u>FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).</u>

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
◯ Reject

# Instructions

# Claim Information

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?
◉ No
◯ Yes

Creditor Name

| Lemma Technologies Inc. |
|---|

Other names the creditor used with the debtor (if any)

| |
|---|

Do you know the creditor's FTX customer main account number?
◯ No
◉ Yes

FTX customer main account number:

| 1806799 |
|---|

Do you know the creditor's FTX customer email address that was used at sign up?
◯ No
◉ Yes

FTX customer email address used at account sign up:

| [melon1919@naver.com](mailto:melon1919@naver.com) |
|---|

**2. Has this claim been acquired from someone else?**

○ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

| Lemma Technologies Inc. |

Address 1 (Street address, "Care of:", or "Attention To:"):

| C/O CLD Legal, Attn: Ricardo Cambra |

Address 2:

| Samuel Lewis Ave. & 55 East St. |

Address 3:

| Building SL 55 |

Address 4:

| 21st Floor |

City:

| Panama City |

State or Province (use 2-letter abbreviation if US or Canada):

| |

Zip Code | Postal Code:

| 0801 |

**Is the creditor address outside of the US?**
○ No
◉ Yes

Country (if outside of the US):

| Republic of Panama |

Contact phone:

| +(507)263-5752 |

Contact email:

| info@cldlegal.com |

Should payments go to a different address?
◉ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**
○ No
◉ Yes

**Additional Address Block 1**

Name:

| Lemma Technologies Inc. |

Address 1 (Street address, "Care of:", or "Attention To:"):

| C/O Eversheds Sutherland, Attn: Erin E. Broderick |

Address 2:

| 227 West Monroe Street |

Address 3:

> Suite 6000

Address 4:

> 

City:

> Chicago

State or Province (use 2-letter abbreviation if US or Canada):

> IL

Zip Code | Postal Code:

> 60606

Is the creditor address outside of the US?

- ● No
- ○ Yes

Contact phone:

> 

Contact email:

> erinbroderick@eversheds-sutherland.com

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

- ● No
- ○ Yes

**4. Does this claim amend one already filed?**

- ○ No
- ● Yes

Claim number on court claims registry (if known)

> 50458

Filed on:

> 9/11/2023

> 09/11/2023

**5. Do you know if anyone else has filed a proof of claim for this claim?**

- ○ No
- ○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

- ● FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No

○ Yes

**7.** List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.00000 0000 | 255,744,265.032660500 | 255,744,265.032660500 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.00623 6000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.66190 0000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100 000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200 000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.75060 0000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000 000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.06932 4000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500 000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.00709 3000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767 000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.72350 0000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.03800 0000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.05409 1000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.05758 0000 | | |

Customer Claim Form

| Vietnamese dong (VND) VND/USD = 0.000040 | 0.00004 0000 | | |
|---|---|---|---|
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531 000 | | |

Do you want to add any other fiat not previously listed?

○ Yes
◉ No

## Loaned Fiat

**LOANED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

○ Yes
◉ No

---

## Asserted Crypto

**Asserted Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
| --- | --- |
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | 50,001.719788000 |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | 22.4635368645 |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| Crypto.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | 65.000000000 |
| Ethereum (ETH) | 9,368.153004800 |

Customer Claim Form

| | |
|---|---|
| EthereumPoW (ETHW) | 9,841.708425345 |
| Fantom (FTM) | 0.292620000 |
| FTX Token (FTT) | 13,282.070394630 |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | 50,398.063021000 |
| Luna Classic (LUNC) | 350,018,356.952866850 |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | 151.032440090 |
| Shiba Inu (SHIB) | |
| Solana (SOL) | 0.019728300 |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | 6,906,551.815335000 |
| The Graph (GRT) | |
| The Sandbox (SAND) | 799,347.693087000 |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | 3,112,267.156675540 |

| XRP (XRP) | 7,092.590150000 |
|---|---|

**Do you want to add any coin not previously listed?**

◉ Yes
○ No

| Other Crypto not previously listed (please specify) | Please provide the Asserted Quantity of Crypto here. |
|---|---|
| XPLA | 900,046.625450000 |
| SRM_LOCKED | 2,262.807559910 |
| HMT | 123,071.000000000 |
| LUNA2_LOCKED | 117,595.480376000 |

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |

| ChainLink Token (LINK) | |
|---|---|
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-loan.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |

| The Graph (GRT) | |
| --- | --- |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

**Do you want to add any coin not previously listed?**
○ Yes
○ No

## Staked Crypto

### Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
| --- | --- |
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |

| | |
|---|---|
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-stak.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |

| | |
|---|---|
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?
○ Yes
○ No

## NFTs

| NFTs (non-fungible tokens) | | | | |
|---|---|---|---|---|
| **NFT Description** | **NFT Identifier** | **Quantity of NFT** | | |
| | NFT (4169749727138 11269/USDC Airdrop) | | | |
| | | | | |
| | | | | |
| | | | | |

**8.** **Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**
○ No
● Yes

If yes, please describe:

See Exhibit A attached hereto for Asserted Crypto

If yes, how much is the claim?

See Exhibit A attached hereto for Asserted Crypto

Customer Claim Form

---

**Please provide any relevant supporting documentation necessary to support a claim related to any Other Activity.**

Please identify all relevant Debtor(s) you are asserting this claim against below, you may check more than one Debtor.

- ☑ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ☐ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd.) (Case No. 22-11166)
- ☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ☐ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ☐ West Realm Shires Services (d/b/a "FTX US") Inc. (Case No. 22-11071)
- ☐ Alameda Aus Pty Ltd (Case No. 22-11104)
- ☐ Alameda Global Services Ltd. (Case No. 22-11134)
- ☐ Alameda Research (Bahamas) Ltd (Case No. 22-11105)
- ☐ Alameda Research Holdings Inc. (Case No. 22-11069)
- ☐ Alameda Research KK (Case No. 22-11106)
- ☐ Alameda Research LLC (Case No. 22-11066)
- ☐ Alameda Research Ltd (Case No. 22-11067)
- ☐ Alameda Research Pte Ltd (Case No. 22-11107)
- ☐ Alameda Research Yankari Ltd (Case No. 22-11108)
- ☐ Alameda TR Ltd (Case No. 22-11078)
- ☐ Alameda TR Systems S. de R. L. (Case No. 22-11109)
- ☐ Allston Way Ltd (Case No. 22-11079)
- ☐ Analisya Pte Ltd (Case No. 22-11080)
- ☐ Atlantis Technology Ltd. (Case No. 22-11081)
- ☐ Bancroft Way Ltd (Case No. 22-11082)
- ☐ Blockfolio, Inc. (Case No. 22-11110)
- ☐ Blue Ridge Ltd (Case No. 22-11083)
- ☐ Cardinal Ventures Ltd (Case No. 22-11084)
- ☐ Cedar Bay Ltd (Case No. 22-11085)
- ☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)
- ☐ Clifton Bay Investments LLC (Case No. 22-11070)
- ☐ Clifton Bay Investments Ltd (Case No. 22-11111)
- ☐ Cottonwood Grove Ltd (Case No. 22-11112)
- ☐ Cottonwood Technologies Ltd (Case No. 22-11136)
- ☐ CryptoCrypto Bahamas LLC (Case No. 22-11113)
- ☐ DAAG Trading, DMCC (Case No. 22-11163)
- ☐ Deck Technologies Holdings LLC (Case No. 22-11138)
- ☐ Deck Technologies Inc. (Case No. 22-11139)
- ☐ Deep Creek Ltd (Case No. 22-11114)
- ☐ Digital Custody Inc. (Case No. 22-11115)
- ☐ Euclid Way Ltd (Case No. 22-11141)
- ☐ FTX (Gibraltar) Ltd (Case No. 22-11116)
- ☐ FTX Canada Inc (Case No. 22-11117)
- ☐ FTX Certificates GmbH (Case No. 22-11164)
- ☐ FTX Crypto Services Ltd. (Case No. 22-11165)
- ☐ FTX Digital Assets LLC (Case No. 22-11143)
- ☐ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118)
- ☐ FTX EMEA Ltd. (Case No. 22-11145)
- ☐ FTX Equity Record Holdings Ltd (Case No. 22-11099)
- ☐ FTX Europe AG (Case No. 22-11075)
- ☐ FTX Exchange FZE (Case No. 22-11100)
- ☐ FTX Hong Kong Ltd (Case No. 22-11101)
- ☐ FTX Japan Holdings K.K. (Case No. 22-11074)
- ☐ FTX Japan Services KK (Case No. 22-11103)
- ☐ FTX Lend Inc. (Case No. 22-11167)
- ☐ FTX Marketplace, Inc. (Case No. 22-11168)
- ☐ FTX Products (Singapore) Pte Ltd (Case No. 22-11119)
- ☐ FTX Property Holdings Ltd (Case No. 22-11076)
- ☐ FTX Services Solutions Ltd. (Case No. 22-11120)
- ☐ FTX Structured Products AG (Case No. 22-11122)
- ☐ FTX Switzerland GmbH (Case No. 22-11169)
- ☐ FTX Trading GmbH (Case No. 22-11123)
- ☐ FTX US Services, Inc. (Case No. 22-11171)
- ☐ FTX US Trading, Inc. (Case No. 22-11149)
- ☐ FTX Ventures Ltd. (Case No. 22-11172)
- ☐ FTX Zuma Ltd (Case No. 22-11124)
- ☐ GG Trading Terminal Ltd (Case No. 22-11173)
- ☐ Global Compass Dynamics Ltd. (Case No. 22-11125)
- ☐ Good Luck Games, LLC (Case No. 22-11174)

- ☐ Goodman Investments Ltd. (Case No. 22-11126)
- ☐ Hannam Group Inc (Case No. 22-11175)
- ☐ Hawaii Digital Assets Inc. (Case No. 22-11127)
- ☐ Hilltop Technology Services LLC (Case No. 22-11176)
- ☐ Hive Empire Trading Pty Ltd (Case No. 22-11150)
- ☐ Innovatia Ltd (Case No. 22-11128)
- ☐ Island Bay Ventures Inc (Case No. 22-11129)
- ☐ Killarney Lake Investments Ltd (Case No. 22-11131)
- ☐ Ledger Holdings Inc. (Case No. 22-11073)
- ☐ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177)
- ☐ LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155)
- ☐ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156)
- ☐ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157)
- ☐ LedgerPrime LLC (Case No. 22-11158)
- ☐ LedgerPrime Ventures, LP (Case No. 22-11159)
- ☐ Liquid Financial USA Inc. (Case No. 22-11151)
- ☐ Liquid Securities Singapore Pte Ltd (Case No. 22-11086)
- ☐ LiquidEX LLC (Case No. 22-11152)
- ☐ LT Baskets Ltd. (Case No. 22-11077)
- ☐ Maclaurin Investments Ltd. (Case No. 22-11087)
- ☐ Mangrove Cay Ltd (Case No. 22-11088)
- ☐ North Dimension Inc (Case No. 22-11153)
- ☐ North Dimension Ltd (Case No. 22-11160)
- ☐ North Wireless Dimension Inc. (Case No. 22-11154)
- ☐ Paper Bird Inc (Case No. 22-11089)
- ☐ Pioneer Street Inc. (Case No. 22-11090)
- ☐ Quoine India Pte Ltd (Case No. 22-11091)
- ☐ Quoine Vietnam Co. Ltd (Case No. 22-11092)
- ☐ Strategy Ark Collective Ltd. (Case No. 22-11094)
- ☐ Technology Services Bahamas Limited (Case No. 22-11095)
- ☐ Verdant Canyon Capital LLC (Case No. 22-11096)
- ☐ West Innovative Barista Ltd. (Case No. 22-11097)
- ☐ West Realm Shires Financial Services Inc. (Case No. 22-11072)
- ☐ West Realm Shires Inc. (Case No. 22-11183)
- ☐ Western Concord Enterprises Ltd. (Case No. 22-11098)
- ☐ Zubr Exchange Ltd (Case No. 22-11132)

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ○ I am the creditor.
- ⦿ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

07/18/2024

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Ricardo Cambra

E-Signature:

Ricardo Cambra

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Managing Partner, CLD Legal

Address 1:

Samuel Lewis Ave. & 55 East St.

Address 2:

Building SL 55, 21st Floor

City:

Panama City PA-8

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

0801

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Republic of Panama

Contact phone:

+(507)263-5752

Contact email:

[info@cldlegal.com](info@cldlegal.com)

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**
◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 📄 Addendum to Proof of Claim - 50458.pdf | 113 KB |

**File Name**

Addendum to Proof of Claim - [50458.pdf](50458.pdf)

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

**Addendum to Amended Proof of Claim filed by Lemma Technologies Inc.**
*In re: FTX Trading Ltd., et al., Case No. 22-11068(JTD)*
United States Bankruptcy Court
District of Delaware

Lemma Technologies Inc. ("Lemma") files this addendum to its amended proof of claim ("Amended Proof of Claim") against FTX Trading Ltd. ("Debtors"), which filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, on November 11, 2022 (the "Petition Date"). This Amended Proof of Claim amends the proof of claim identified on the Kroll claims registry as Claim Number 50458 filed on September 11, 2023 (the "Initial Claim").

Lemma is the transferee of the customer claim against the Debtors associated with the FTX Account ID 1806799. The underlying claim was originally held by Lemma's president, Junho Bang ("JB"), in his individual capacity. On January 18, 2023, JB, in his individual capacity, transferred the claim to Lemma.

On September 11, 2023, JB, in his capacity as president of Lemma, inadvertently filed the Initial Claim under his individual name. The Initial Claim was intended to have been filed in Lemma's name—not in the individual name of Lemma's president. Therefore, Lemma amends its claim solely to correct the same. This Amended Proof of Claim does not amend the holdings asserted in the Initial Claim.

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| AAVE-PERP | 0.000000000 |
| ADA-PERP | 0.000000000 |
| ALGO-PERP | 2,700,003.000000000 |
| ALICE-PERP | 0.000000000 |
| AMPL-PERP | 0.000000000 |
| APE-PERP | 230,212.800000000 |
| AR-PERP | 0.000000000 |
| ASD-PERP | -0.0000000001164153 |
| ATLAS-PERP | 53,264,900.000000000 |
| ATOM | 50,001.719788000 |
| ATOM-PERP | 0.000000000 |
| AVAX-PERP | -0.0000000000029104 |
| AXS-PERP | -0.0000000000118234 |
| BAND-PERP | 0.000000000 |
| BAT-PERP | 0.000000000 |
| BCH-PERP | 0.000000000 |
| BNB-PERP | 0.000000000 |
| BOBA | 4,036.031080000 |
| BOBA-PERP | 0.000000000 |
| BSV-PERP | 0.000000000 |
| BTC | 22.4635368645 |
| BTC-MOVE-20200503 | 0.000000000 |
| BTC-MOVE-WK-20191213 | -0.0000000000000008 |
| BTC-PERP | -0.0000000000016472 |
| C98-PERP | 0.000000000 |
| CAKE-PERP | 0.000000000 |
| CELO-PERP | 1,478,784.200000000 |
| CHR-PERP | 0.000000000 |
| CRV-PERP | 0.000000000 |
| DAWN-PERP | 0.000000000 |
| DOGE | 65.000000000 |
| DOGE-PERP | 0.000000000 |
| DOT-20210625 | 0.000000000 |
| DOT-PERP | 50,000.000000000 |
| DYDX-PERP | -0.000000000005457 |
| EDEN-PERP | -0.000000000007276 |
| ENJ-PERP | 2,500,000.000000000 |
| EOS-PERP | 0.000000000 |
| ETC-PERP | -0.000000000018872 |
| ETH | 9,368.153004800 |
| ETH-PERP | -144,302.556000000 |
| ETHW | 9841.708425 |
| FIDA-PERP | 0.000000000 |

| | |
|---|---|
| FIL-20201225 | 0.000000000 |
| FIL-PERP | -0.0000000000434284 |
| FLOW-PERP | 0.000000000 |
| FTM | 0.292620000 |
| FTM-PERP | 0.000000000 |
| FTT | 13,282.070394630 |
| FTT-PERP | -0.000000000007276 |
| GALA-PERP | 0.000000000 |
| GMT-PERP | 0.000000000 |
| GRT-PERP | 67,674,086.000000000 |
| HMT | 123,071.000000000 |
| HUM-PERP | 0.000000000 |
| ICP-PERP | 0.000000000 |
| KNC-PERP | 0.000000000 |
| LINA-PERP | 0.000000000 |
| LINK-PERP | -0.0000000000145519 |
| LRC-PERP | 0.000000000 |
| LTC-PERP | 0.000000000003638 |
| LUNA2 | 50,398.063021000 |
| LUNA2_LOCKED | 117,595.480376000 |
| LUNC | 350,018,356.952866850 |
| LUNC-PERP | -0.0000000001164153 |
| MANA-PERP | 0.000000000 |
| MAPS-PERP | 547,032.000000000 |
| MATIC-PERP | 0.000000000 |
| MEDIA-PERP | -0.0000000000019327 |
| NEAR-PERP | -0.0000000002764864 |
| NEO-PERP | 0.000000000 |
| OMG | 46,217.669685000 |
| OMG-PERP | 538,177.000000000 |
| ONE-PERP | 0.000000000 |
| OP-PERP | 0.000000000 |
| PEOPLE-PERP | 0.000000000 |
| POLIS-PERP | 0.0000000000087539 |
| RAMP-PERP | 0.000000000 |
| RAY-PERP | 1,540,500.000000000 |
| ROOK-PERP | 0.000000000 |
| RSR-PERP | 12,952,580.000000000 |
| RUNE-PERP | 0.000000000 |
| SAND | 799,347.693087000 |
| SAND-PERP | 0.000000000 |
| SECO-PERP | 0.000000000 |
| SOL | 0.019728300 |
| SOL-PERP | 0.0000000000291038 |

| | |
|---|---|
| SPELL-PERP | 0.000000000 |
| SRM | 151.032440090 |
| SRM_LOCKED | 2,262.807559910 |
| SRM-PERP | 0.000000000 |
| STX-PERP | 0.000000000 |
| SUSHI-PERP | 0.000000000 |
| TRU-PERP | 0.000000000 |
| TRX | 0.000003000 |
| TRX-PERP | 0.000000000 |
| UNI-PERP | 0.000000000 |
| UNISWAP-PERP | -0.0000000000000036 |
| USDT | 3,112,267.156675540 |
| USDT-PERP | 0.000000000 |
| USTC | 6,906,551.815335000 |
| USTC-PERP | 0.000000000 |
| WAVES-PERP | 0.000000000 |
| XAUT-20211231 | 0.000000000 |
| XPLA | 900,046.625450000 |
| XRP | 7,092.590150000 |
| XRP-PERP | 0.000000000 |
| XTZ-PERP | 0.000000000 |
| YFI-PERP | 0.000000000 |
| ZEC-PERP | 0.000000000 |
| ZIL-PERP | 0.000000000 |

## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID

| |
|---|
| 6c68f6eab99ac35f614cb9520805d3b869e54d14 |

Submitted Date Time

| |
|---|
| 2024-07-18T03:49:37.835Z |

Status

| |
|---|
| Submitted |

CONFIRMATION ID

| |
|---|
| 3265-70-JMUQM-726160464 |