**EXHIBIT F-1**

# **Exhibit 2**

# Attestor

7 Seymour Street ¦ London W1H 7JW
Tel: +44(0) 207 074 9610

London, 16 June 2023
Strictly private and confidential

To: JunHo Bang
From: Svalbard Holdings Limited

We are pleased to confirm the following transaction subject to the terms set forth herein:

| | |
|---|---|
| *Trade Date* | 16 June 2023 |
| *Seller* | Lemma Technologies Inc. |
| *Principals* | Junho Bang and other economic interest holders [scope to be agreed] |
| *Buyer* | Svalbard Holdings Limited (company ultimately managed by Attestor Limited) |
| *Debtors* | FTX Trading Limited or any of its affiliates including but not limited to third parties, non-debtors and debtors under Case No. 22-11068 in the US Bankruptcy Court of Delaware and FTX Digital Markets Limited (the "Case") |
| *Claim* | $ 106,269,300 of valid and enforceable, undisputed, liquidated, non-contingent general unsecured claim against Debtors |
| *Purchase Rate* | 35% (payable in two instalments: Upfront Purchase Price of 33% and Back-End Purchase Price of 2% based on the Claim) |
| *Purchase Price*: | Upfront Purchase Price: $ 35,068,869, payable by Buyer to Seller following closing of the Assignment of Claim Agreement. Payable in stablecoin as agreed between Seller and Buyer.<br><br>Back-End Purchase Price: $ 2,215,386, payable by Buyer upon receipt of final distribution in the Case provided that Seller has complied with all representations, warranties and other any other ongoing obligations under the purchase contract, and Buyer has not received proportionately less in payments or distributions under, or less favourable treatment (including the timing of payments or distributions) for, the Claim than is received by other creditors in the same class of claims in the Case |
| *Form of purchase* | Assignment of Claim Agreement (if the Claim and related rights cannot be assigned, Parties shall enter into a participation agreement). |
| *Payments and distributions* | All payments, fees or other distributions made on account on or after the Trade Date are for the account of Buyer at no additional consideration. |
| *Closing Conditions*: | • Seller having provided to Buyer true, correct and complete copies of (i) all agreements, notices, statements and other documentation relating to the Claims; and (ii) any proofs of claim or claim forms filed in connection with the Claims (collectively, "Supporting Documents");<br>• Satisfactory completion of confirmatory due diligence with respect to the Claims and Supporting Documents, including review of due diligence information as set out in Appendix 1; |

|  | • Transaction Documents executed between both Parties, in satisfaction to the Buyer, which will contain<br>  o customary representations and warranties, including but not limited to: no withdrawals by Seller from Debtors or other transfers to or for the benefit of Seller by Debtors within 91 days of the petition date of Debtors (other than the ones as disclosed during the confirmatory due diligence)<br>  o ongoing obligation by the Seller and Principals to co-operate with the Buyer to receive recovery entitlements arising from the Claims, to the extent required<br>  o Principals to guarantee performance of the Seller's obligation, representations and warranties under the Transaction Documents |
|---|---|
| **Settlement Date** | Ultimately within 5 business days following execution of the Assignment Agreement. |
| **Confidentiality:** | This Trade Confirmation is strictly private and confidential and subject to the non-disclosure agreement, dated 15 June 2023, between Buyer and Seller. |
| **Governing Law; Jurisdiction;** | This Trade Confirmation and the Assignment of Claim shall be governed by the laws of the State of New York. The parties hereto submit to the exclusive jurisdiction of the courts of appropriate jurisdiction sitting in the Borough of Manhattan in the State of New York for any claims or counterclaims arising in connection with this Trade Confirmation. EACH OF THE PARTIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY TO THE FULLEST EXTENT PERMITTED BY LAW FOR ANY CLAIM OR COUNTERCLAIM ARISING IN CONNECTION WITH THIS TRADE CONFIRMATION. |
| **Binding Effect** | Upon execution by both Parties, this Trade Confirmation shall constitute a binding agreement between them, in accordance with the terms hereof; *provided, however*, that to the extent there is any conflict between this Trade Confirmation and the Assignment of Claim Agreement, the Assignment of Claim Agreement shall govern. |

Svalbard Holdings Limited

By: _____
Name: Christopher Guth
Title: Director

LEMMA TECHNOLOGIES INC.

By: _____
Name: Junho Bang
Title: President

**Appendix 1 – Minimum Diligence Requirements**

| Item No. | Description | Status | Notes |
|---|---|---|---|
| **1.** | **Underlying positions** | | |
| a. | - Kroll email with customer ID and position schedule - *Received*<br>- All withdrawals and deposits from/into the account from August 11, 2022 *Received*<br>- FTX wallet ID (hash)<br>- Open derivative or trading positions as of filing date. Any termination notices sent thereafter | Partly Received | |
| **2.** | **Proof of claim** | | |
| a. | - Proof of holdings as of petition date (eg screen shots, video confirmation)<br>- History of any withdrawals/deposits from August 11, 2022: bank statements for fiat withdrawals and/or deposits<br>- Confirmation that customer was a general user under the [FTX Trading Ltd] terms of service<br>- Proof of Claim (if filed) and any supporting documents<br>- Recognition of the Claim by FTX (Buyer's counsel can assist Seller, if needed) | Open<br><br>[to discuss scope if any information not available] | |
| **3.** | **Seller Information** | | |
| a. | Minimum KYC documents including the following:<br>- Two forms of ID (i.e. passport and driving license)<br>- Residential address confirmation dated within the last 3 months (i.e. electric or gas bill OR a redacted bank statement are the only acceptable forms of confirmation)<br>- Signed Sophisticated Investor Statement<br><br>Any additional required information to establish Sellers unencumbered rights to the Claims<br><br>Certain information on the Principals as required, including to assess creditworthiness in satisfaction of Buyer | Open | |