**EXHIBIT P**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**KAREN B. OWENS**
**CHIEF JUDGE**



**824 N. MARKET STREET**
**WILMINGTON, DELAWARE**
**(302) 533-3183**

October 29, 2025

**BY EMAIL**

The Honorable June Young Chung
Chief Judge
Seoul Bankruptcy Court
157 Seochojungang-ro, Seocho-gu
Seoul, 06594, Republic of Korea

c/o The Honorable Jung Hwa You
Seoul Bankruptcy Court
157 Seochojungang-ro, Seocho-gu
Seoul, 06594, Republic of Korea
photinayou@scourt.go.kr

    Re:    Court-to-Court Communication and Cross-Border Cooperation:

           *FTX Trading Ltd., et al.*, Case No. 22-11068 (United States Bankruptcy Court for the District of Delaware)

           *Mr. Junho Bang*, Case No. 2025Hoedan 142 (Seoul Bankruptcy Court)

Dear Chief Judge June Young Chung,

    Thank you for notifying the Delaware Bankruptcy Court of the commencement of rehabilitation proceedings of Mr. Junho Bang and the appointment of Mr. Soogeun Oh as Trustee in the proceedings. If future assistance from the Delaware Bankruptcy Court is required to coordinate Mr. Bang's rehabilitation proceeding and the FTX chapter 11 proceedings referenced above, please do not hesitate to contact me.

    I look forward to the possibility of meeting Judge Jung Hwa You at the 7th Judicial Insolvency Network (JIN) meeting scheduled to take place next year in the United States and

2

likewise express my deepest appreciation for the dedication of the Seoul Bankruptcy Court to cross-border insolvency cooperation.

Very truly yours,

*Ka B. O—*

Karen B. Owens