# EXHIBIT A

**Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JUNHO BANG,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12298 (KBO) |

## ORDER SCHEDULING RECOGNITION HEARING AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE

Upon the motion (the "Motion") of Professor Soogeun Oh, in his capacity as receiver (in such capacity, the "Receiver") and authorized foreign representative (in such capacity, the "Foreign Representative") of Mr. Junho Bang (the "Debtor"), seeking entry of an order (this "Order"): (a) scheduling a hearing on the relief sought in the Verified Petition; (b) setting the deadline by which any responses or objections to the Verified Petition must be received; and (c) specifying the form and manner of service of notice of the hearing on the relief sought in the Verified Petition; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501 and the Amended Standing Order; and that this Court may enter a final order consistent with Article III of the United States Constitution; venue being proper before the Court pursuant to 28 U.S.C. § 1410(1) and (3); adequate and sufficient notice of the filing of the Motion having been given by the Foreign Representative; it appearing that the relief requested in the Motion is necessary and beneficial to the Debtors; and no objections or other responses having been filed that have not been overruled, withdrawn, or otherwise resolved; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. A hearing on the relief requested in the Verified Petition is scheduled for [_____], at _____ \_\_.m. (prevailing Eastern Time) in Courtroom #3 of the United States Bankruptcy Court for the District of Delaware, Delaware, 824 N. Market Street, 6th Floor, Wilmington, Delaware 19801.

3. The form of notice of the Recognition Hearing in substantially the form attached hereto as **Exhibit 1** (the "Recognition Hearing Notice") is hereby approved.

4. Service of the Recognition Hearing Notice in accordance with this Order is hereby approved as adequate and sufficient notice and service on all interested parties.

5. Prior to mailing the Recognition Hearing Notice, the Foreign Representative may fill in any missing dates and other information, correct any typographical errors, conform the provisions thereof to the provisions of this Order, and make such other and further changes as the Foreign Representative deems necessary or appropriate, provided that such changes do not materially abridge the substance of such notices.

6. All notice requirements specified in section 1514(c) of the Bankruptcy Code, with respect to the service of the Notice Documents, are hereby waived or otherwise deemed inapplicable to these cases.

7. The Foreign Representative shall serve, or cause to be served, the Recognition Hearing Notice by United States mail, first-class postage-prepaid and by electronic mail to the extent email addresses are available, on parties on the Service List within two (2) business days following entry of this Order.

8. Responses or objections to recognition of the Korean Rehabilitation Proceeding as a foreign main proceeding or the Verified Petition and the relief requested therein must (i)

be in writing; (ii) detail the factual and legal basis for the response or objection; (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and (iv) be filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the following counsel to the Foreign Representative so as to be received by 5:00 p.m. (prevailing Eastern Time) on the date that is seven (7) days prior to the Recognition Hearing: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Steven Golden (sgolden@pszjlaw.com) and Brooke Wilson (bwilson@pszjlaw.com).

9. Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

15

# **EXHIBIT 1**

**Notice of Recognition Hearing**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JUNHO BANG,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12298 (KBO) |

**NOTICE OF RECOGNITION HEARING
ON FOREIGN RECOGNITION PROCEEDING**

**PLEASE TAKE NOTICE** that on December 31, 2025, Professor Soogeun Oh, in his capacity as receiver (in such capacity, the "Receiver") and authorized foreign representative (in such capacity, the "Foreign Representative") of Mr. Junho Bang (the "Debtor"), who is the subject of a proceeding (Case Number: Seoul Bankruptcy Court 2025Hoedan142 Rehabilitation) (the "Korean Rehabilitation Proceeding") under the *Debtor Rehabilitation and Bankruptcy Act* (the "DRBA") currently pending before the Republic of Korea's Seoul Bankruptcy Court, 101st Single Bench (the "Korean Court"), filed a *Verified Petition for (I) Recognition of Foreign Main Proceeding; (II) Recognition of Foreign Representative; and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Verified Petition") pursuant to sections 1504, 1515, and 1517 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Foreign Representative seeks entry of an order recognizing the Korean Rehabilitation Proceeding as a foreign main proceeding pursuant to section 1517 of title 11 of the Bankruptcy Code and granting certain additional relief pursuant to sections 105(a), 1507, 1510, 1515, and 1521 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing with respect to the Verified Petition (the "Recognition Hearing") for **[●] [a./p.]m. (prevailing Eastern Time)** on [●], 2026.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to recognition of the Korean Rehabilitation Proceeding as a foreign main proceeding, or the Verified Petition and the relief requested therein must: (i) be in writing; (ii) detail the factual and legal basis for the response or objection; (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and (iv) be filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the following counsel to the Foreign Representative **so as to be received by [●], 2026 at 5:00 p.m. (prevailing Eastern Time)**: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Steven Golden (sgolden@pszjlaw.com) and Brooke Wilson (bwilson@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that copies of the Verified Petition and other

documents filed by the Foreign Representative may be obtained by visiting the Court's website at http://www.ecf.deb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's United States counsel addressed to Brooke Wilson (bwilson@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that hearings in this matter, including the Recognition Hearing, shall take place at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at such hearing the Court may order the scheduling of a case management conference to consider the efficient administration of this Chapter 15 Case.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Verified Petition carefully and discuss it with your attorney, if you have one in connection with this Chapter 15 Case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the Foreign Representative, or if you want the Court to consider your views on any matter requested at the Recognition Hearing, then you or your attorney must attend such hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Foreign Representative and may enter an order granting the relief requested.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative will not conduct a claims process in this Chapter 15 Case; parties are directed to the process in the Korean Rehabilitation Proceeding. Accordingly, there is no need to file proofs of claim in this Chapter 15 Case.

Dated: [●]                                                  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ DRAFT*
Steven W. Golden (DE Bar No. 6807)
Brooke E. Wilson (*pro hac vice* pending)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Tel:  302-652-4100
Fax: 302-652-4400
sgolden@pszjlaw.com
bwilson@pszjlaw.com

*Attorneys for Foreign Representative*