**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| JUNHO BANG, ) | |
| ) | Case No. 25-12298 (KBO) |
| Debtor in a Foreign Proceeding. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears in the above-referenced chapter 11 case to represent Svalbard Holdings Limited ("Svalbard"), and pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

Jody C. Barillare (Bar No. 5107)
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com

John C. Goodchild III
Morgan Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
john.goodchild@morganlewis.com

Joshua Dorchak
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
joshua.dorchak@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Svalbard including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or

proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) Svalbard's right to enforce any contractual provision with respect to arbitration; or (v) any other rights, claims, actions, or defenses to which Svalbard is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses expressly are reserved.

[*Signature page to follow*]

Dated: January 13, 2026
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
jody.barillare@morganlewis.com

- and -

John C. Goodchild, III
2222 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
john.goodchild@morganlewis.com

- and -

Joshua Dorchak
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
joshua.dorchak@morganlewis.com

*Counsel to Svalbard Holdings Limited*