## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 |
| JUNHO BANG, | ) |
| | ) Case No. 25-12298 (KBO) |
| Debtor in a Foreign Proceeding. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Joshua Dorchak of Morgan, Lewis & Bockius LLP to serve as counsel to Svalbard Holdings Limited, in the above captioned case.

Dated: January 13, 2026  
Wilmington, DE

/s/ *Jody C. Barillare*  
Jody C. Barillare (Bar No. 5107)  
**MORGAN, LEWIS & BOCKIUS LLP**  
1201 N. Market Street, Suite 2201  
Wilmington, DE 19801  
Telephone: (302) 574-3000  
Email: jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 13, 2026  
New York, NY

/s/ *Joshua Dorchak*  
Joshua Dorchak  
**MORGAN, LEWIS & BOCKIUS LLP**  
101 Park Avenue  
New York, NY 10178  
Telephone: (212) 309-6000  
Email: joshua.dorchak@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: January 14th, 2026**  
**Wilmington, Delaware**

KAREN B. OWENS  
CHIEF JUDGE