**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 |
| JUNHO BANG, | ) |
| | ) Case No. 25-12298 (KBO) |
| Debtor in a Foreign Proceeding. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of John C. Goodchild, III of Morgan, Lewis & Bockius LLP to serve as counsel to Svalbard Holdings Limited, in the above captioned case.

Dated: January 13, 2026          /s/ *Jody C. Barillare*
Wilmington, DE                          Jody C. Barillare (Bar No. 5107)
                                                   **MORGAN, LEWIS & BOCKIUS LLP**
                                                   1201 N. Market Street, Suite 2201
                                                   Wilmington, DE 19801
                                                   Telephone: (302) 574-3000
                                                   Email: jody.barillare@morganlewis.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York, the State of New Jersey and the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 13, 2026          /s/ *John C. Goodchild*
Philadelphia, PA                        John C. Goodchild III
                                                   **MORGAN, LEWIS & BOCKIUS LLP**
                                                   2222 Market Street
                                                   Philadelphia, PA 19103
                                                   Telephone: (215) 963-5000
                                                   Email: john.goodchild@morganlewis.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: January 14th, 2026**
**Wilmington, Delaware**                              **KAREN B. OWENS**
                                                                    **CHIEF JUDGE**