# Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JUNHO BANG,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12298 (KBO) |

**ORDER GRANTING FOREIGN REPRESENTATIVE'S MOTION FOR LEAVE TO FILE A LATE REPLY IN SUPPORT OF THE VERIFIED PETITION FOR (I) RECOGNITION OF FOREIGN MAIN PROCEEDING; (II) RECOGNITION OF FOREIGN REPRESENTATIVE; AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

Upon consideration of the *Foreign Representative's Motion for Leave to File a Late Reply in Support of the Verified Petition for (I) Recognition of Foreign Main Proceeding; (II) Recognition of Foreign Representative; and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Motion"), and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Foreign Representative is permitted to file a late Reply on or before January 16, 2026 at 12:00 p.m. (prevailing Eastern Time) and such Reply shall be deemed timely filed.