**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| JUNHO BANG, | Case No. 25-12298 (KBO) |
| Debtor in a Foreign Proceeding. | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010–1 and the attached certification, counsel moves for the admission *pro hac vice* of Woong Kyu Sung of Advanced Legal P.C. to represent the Debtor in the above-captioned chapter 11 case.

Dated: January 14, 2026

/s/ Steven W. Golden
Steven W. Golden (DE Bar No. 6807)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: sgolden@pszjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New Jersey and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  January 14, 2026

/s/ Woong Kyu Sung
Woong Kyu Sung (NY Bar No. 4655924)
Advanced Legal P.C.
143 E. Ridgewood Avenue, Suite 1540
Ridgewood, NJ 07450-3815
Email:  attorney@advancedlegal.io

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

**Dated: January 14th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

4927-2420-2117.1 80381.00001