IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JUNHO BANG,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12298 (KBO)<br><br>**Related Docket No. 16** |

**ORDER GRANTING FOREIGN REPRESENTATIVE'S MOTION FOR
LEAVE TO FILE A LATE REPLY IN SUPPORT OF THE VERIFIED PETITION
FOR (I) RECOGNITION OF FOREIGN MAIN  PROCEEDING; (II) RECOGNITION
OF FOREIGN REPRESENTATIVE; AND (III) RELATED RELIEF UNDER
CHAPTER 15 OF THE BANKRUPTCY CODE**

Upon consideration of the *Foreign Representative's Motion for Leave to File a Late Reply in Support of the Verified Petition for (I) Recognition of Foreign Main Proceeding; (II) Recognition of Foreign Representative; and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (the "Motion"), and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Foreign Representative is permitted to file a late Reply on or before January 16, 2026 at 12:00 p.m. (prevailing Eastern Time) and such Reply shall be deemed timely filed.

Dated: January 14th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

4917-6021-3384.1 80381.00001