# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 15 |
| JUNHO BANG, | Case No. 25-12298 (KBO) |
| Debtor in a Foreign Proceeding. | **Re: Docket No. 36** |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT WITH THE FTX RECOVERY TRUST AND GRANTING RELATED RELIEF

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Motion for Entry of an Order Approving Settlement with the FTX Recovery Trust and Granting Related Relief* (the "Motion") filed on July 29, 2026. The undersigned further certifies that the Court's docket has been reviewed in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the notice of the Motion, objections to the Motion were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on August  12, 2026.

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

[*Remainer of Page Intentionally Left Blank.*]

Dated: August 13, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*

Steven W. Golden (DE Bar No. 6807)
Brooke E. Wilson (admitted *pro hac vice*)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
sgolden@pszjlaw.com
bwilson@pszjlaw.com

*Attorneys for Foreign Representative*

-and-

**ADVANCED LEGAL P.C.**
Woong Kyu Sung (admitted *pro hac vice*)
143 E. Ridgewood Avenue, Suite 1540
Ridgewood, NJ 07450-3815
attorney@advancedlegal.io

*U.S. Counsel to Receiver*