**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JUNHO BANG,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12298 (KBO) |

**ORDER APPROVING SETTLEMENT**
**WITH THE FTX RECOVERY TRUST AND GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of Professor Soogeun Oh, in his capacity as receiver (in such capacity, the "Receiver") and authorized foreign representative (in such capacity, the "Foreign Representative") of Mr. Junho Bang (the "Debtor" or "Bang"), who is the subject of a proceeding (Case Number: Seoul Bankruptcy Court 2025Hoedan142 Rehabilitation) (the "Korean Rehabilitation Proceeding") under the *Debtor Rehabilitation and Bankruptcy Act* (the "DRBA") currently pending before the Republic of Korea's Seoul Bankruptcy Court, 101st Single Bench (the "Korean Court"), seeking entry of an order (this "Order") approving the Stipulation of Settlement, attached hereto as Exhibit 1 (the "Stipulation"); the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501 and the Amended Standing Order; and that this Court may enter a final order consistent with Article III of the United States Constitution; venue being proper before the Court pursuant to 28 U.S.C. § 1410(1) and (3); adequate and sufficient notice of the filing of the Motion having been given by the Foreign Representative; it appearing that the relief requested in the Motion is necessary and beneficial to the Debtor and its creditors; and no objections or other responses having been filed that have not been overruled, withdrawn, or otherwise resolved;

and after due deliberation and sufficient cause appearing therefor, it is hereby FOUND AND DETERMINED that:[1]

A. This Court has jurisdiction and authority to hear and determine the Motion pursuant to 28 U.S.C. §§ 1334 and 157(b). Venue of these Chapter 15 Cases and the Motion in this Court and this District is proper under 28 U.S.C. § 1410.

B. Based on the affidavits of service filed with, and the representations made to, this Court: (a) notice of the Motion was proper, timely, adequate, and sufficient under the circumstances of this Chapter 15 Case and this proceeding and complied with the various applicable requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and (b) no other or further notice of the Motion, or the entry of this Order is necessary or shall be required.

C. This Order constitutes a final and appealable order within the meaning of 28 U.S.C. § 158(a).

D. The relief granted herein is necessary and appropriate, is in the interest of the public, promotes international comity, is consistent with the public policies of the United States, is warranted pursuant to sections 103, 105, 363, 1507, 1520, 1521, 1525, and 1527 of the Bankruptcy Code and Bankruptcy Rule 9019, and will not cause any hardship to any parties in interest that is not outweighed by the benefits of the relief granted.

E. The relief granted herein is necessary and appropriate, in the interests of the public and international comity, consistent with the public policies of the United States, and warranted pursuant to section 1521(b) of the Bankruptcy Code.

[1] The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052 made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

F. The legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All objections to entry of this Order that have not been withdrawn, waived, or settled, or otherwise resolved pursuant to the terms hereof, are denied and overruled on the merits, with prejudice.

3. The Stipulation is approved in all respects and the terms of the Stipulation shall be deemed incorporated into this Order.

4. Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Foreign Representative and the FTX Recovery Trust are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to the Stipulation and this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: August 15th, 2026**
**Wilmington, Delaware**

Ka B. O

**KAREN B. OWENS**
**CHIEF JUDGE**